UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNESSEIA ROBAIR                                 CIVIL ACTION

VERSUS                                                      NO. 25-1425

MOBILELINK D/B/A MOBILELINK              SECTION "R" (4)
LOUISIANA, LLC

## **ORDER AND REASONS**

Before the Court is a joint motion from plaintiff Kennesseia Robair and defendant Mobilelink Louisiana, LLC, to amend the Court's scheduling order, continue remaining deadlines by ninety days, and set a new trial date.[1] The Court denies the motion.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."  *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (citation modified).  Whether to grant or deny a continuance is within the sound

---

[1]      R. Doc. 16.

discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

The Court finds that the parties have not met the good cause standard here. *See S&W Enters., L.L.C.*, 315 F.3d at 535. The parties base their claimed need for a ninety-day extension on only two reasons: to facilitate settlement discussions and to complete depositions of witnesses no longer employed with defendant.[2] But the parties have already had seven-and-a-half months to work on discovery and negotiate a settlement, and nearly three months remain before trial in which settlement discussions can continue to take place. The Court also notes that witnesses can be subpoenaed pursuant to Federal Rules of Civil Procedure 45(b)(2) ("A subpoena may be served at any place within the United States."), and 45(c)(1) ("A subpoena may command a person to attend a . . . deposition . . . within 100 miles of where the person resides, is employed, or regularly transacts business in person").

---

[2]    R. Doc. 16 at ¶¶ 5, 7.

2

For the foregoing reasons, the Court DENIES the motion to modify the scheduling order.

New Orleans, Louisiana, this 1st day of July, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE